NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOHN D. VAUGHN,**
*Claimant-Appellant,*

**v.**

**SLOAN D. GIBSON, ACTING SECRETARY OF
VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7085

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2582, Judge Margaret C. Bartley.

---

PER CURIAM.

# O R D E R

Upon review of this recently docketed case, it appears that John D. Vaughn's appeal was not timely filed.

On February 20, 2014, the United States Court of Appeals for Veterans Claims entered judgment in Vaughn's case.  His notice of appeal was received on May 13, 2014, 82 days after judgment.

To be timely, a notice of appeal must be received by the Court of Appeals for Veterans Claims within 60 days

of the entry of judgment.  *See* 38 U.S.C. § 7292(a); *see also* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1)  Vaughn is directed to show cause, within 21 days of the date of filing of this order, why this appeal should not be dismissed as untimely.  The Secretary of Veterans Affairs may also respond within that time.

(2)  The briefing schedule is stayed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26